UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:23-cr-5 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| JUSTIN CARL PRICE | ) | Magistrate Judge Lee |
| | ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count Three, Count Four, and Count Five of the six-count Indictment; (2) accept Defendant's guilty plea as to Count Three, Count Four, and Count Five; (3) adjudicate the Defendant guilty of Count Three, Count Four, and Count Five; (4) defer a decision on whether to accept the plea agreement (Doc. 20) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 26). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 26) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count Three, Count Four, and Count Five of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three, Count Four, and Count Five is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count Three, Count Four, and Count Five;

4. A decision on whether to accept the plea agreement (Doc. 20) is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **December 14, 2023 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

*s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**